# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04CR12231 NG

Plaintiff:
ACCESS 4 ALL,INC. AND FELIX ESPOSITO

vs.

Defendant:
47 HUNTINGTON AVENUE LLC

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL  33181

Received by CAPLAN & CAPLAN to be served on **47 HUNTINGTON AVENUE C/O SAUNDERS GARY 222 NEWBURY STREEET, BOSTON,MA,02116.**

I, Mark C.Galsford, do hereby affirm that on the **2nd day of November, 2004 at 4:14 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me to RINA RODRIQUEZ as ENVIROMENTAL PROGRAM COORDINATOR of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Subscribed to and sworn before me
this __2__ day of _November_, 2004
Thomas J. Younis, Notary Public
My commission expires Apr. 11, 2008

Mark C.Galsford
Constable - Boston P-146

CAPLAN & CAPLAN
172 West Flagler St. #320
Miami, FL  33130

Our Job Serial Number: 2004000289

1180751

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f