UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>                Plaintiffs,<br><br>v.<br><br>47 HUNTINGTON AVENUE, a Massachusetts Limited Liability Company<br><br>                Defendant. | Case Number:1:04-CV-12231-NG |

## [PROPOSED] JOINT SCHEDULING STATEMENT
## PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement in connection with the Scheduling Conference to be held on April 11, 2005:

1. **Matters to be Discussed at Conference.** The parties will appear prepared to discuss the following issues:

    a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative Dispute Resolution; and

    d. Settlement.

2. **Procedural Motions and other Pending Matters.** There are no pending motions currently before the Court.

3. **Schedule for Discovery.** The parties have agreed on the following discovery schedule:

| | |
|---|---|
| Date of Scheduling Conference | April 11, 2005 |
| Proposed beginning of Trial Term app. | September 23, 2005 |

| Events | Date |
|---|---|
| Cut-off date for Fed.R.Civ.P. 26(f) Conference: | March 21, 2005 |
| Plaintiff and Defendant complete Initial Disclosures: | March 12, 2005 |
| Joint Statement Submitted by the Parties by: | April 6, 2005 |
| Cut-off date for amendments to the pleadings: | May 31, 2005 |
| Commencement of Limited Discovery Period: | April 16, 2005 |
| Cut-off filing motions not specially limited by rules: | May 11, 2005 |
| Cut-off Disclosure of Expert Reports: By Plaintiff: | May 31, 2005 |
| By Defendant: | June 10, 2005 |
| Cut-off of Discovery: | June 20, 2005 |
| Cut-Off Motions to Compel: | August 24, 2005 |
| Cut-off Other Limited Motions: | September 3, 2005 |
| Settlement Conference after Discovery: | September 3, 2005 |
| Cut-off Summary Judgment Motions: | September 13, 2005 |
| Submission of Proposed Pretrial Order: | September 23, 2005 |
| Cut-off Dispositive Daubert and Markman Motions: | August 24, 2005 |
| Cut-Off Submission of Joint Final Pretrial Statement: | September 8, 2005 |
| Cut-off Motions in Limine and Trial Briefs: | September 13, 2005 |
| Final Pretrial Conference cut-off: | August 29, 2005 |
| Proposed beginning of Trial Term: | September 23, 2005 |

4.      **Discovery Limits.** The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of

discovery. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5. **Settlement.** The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

6. **Trial by Magistrate Judge.** At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7. **Budget and Alternative Dispute Resolution.** Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution. The parties are willing to participate in mediation in an attempt to resolve this matter and have agreed on, or will attempt to agree upon, a mutually acceptable mediator. The Local Rule 16.1(D)(3) certifications will be filed on or before the April 11, 2004 hearing.

8. **Modification of Schedule.** All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Date: On this 4 day of April, 2005

Counsel for Plaintiffs:

By: __/s/ O. Oliver Wragg, Esq.__
O. Oliver Wragg, Esq. (BBO #643152)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
FFA@FullerFuller.com
Tel.: (305) 891-5199
Fax: (305) 893-9505

Counsel for Defendant:

By: __/s/ Mary Lau, Esq.__
Mary Lau, Esquire
Lau, Lane, Piper & Conley
100 S. Ashley Drive, Suite 1700
Tampa, FL 33601
Mlau@laulane.com
Tel.: (813)229-2121
Fax: (813)228-7710

By: __/s/ Gordon P. Katz, Esq.__
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850