AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA



Florida Bar # **276847**

I, **CLARENCE MADDOX,**   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *John Paul Fuller*   was duly admitted to practice in said

Court on **October 24, 1979,** and on **December 8, 1982** - Trial Bar, and is in good standing as a

member of the bar of this Court.

Dated at:  **Miami, Florida**, this March 14, 2005.

**EXHIBIT**
B

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
· Deputy Clerk

.sk.5/2002