UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and FELIX ESPOSITO, Individually,<br><br>   Plaintiffs,<br><br>v.<br><br>47 HUNTINGTON AVENUE, LLC, a Massachusetts Limited Liability Company,<br><br>   Defendant. | Case Number: 1:04-cv-12231-NG |

### AFFIDAVIT OF JOHN P. FULLER

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: 4/8/05

John P. Fuller, Esquire

EXHIBIT C

STATE OF FLORIDA, Miami-Dade
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me this _8th_ day of _April_ 2005, by John P. Fuller.

_____
[Notary]

MONICA MARTA
MY COMMISSION # DD 253385
EXPIRES: January 26, 2008
Bonded Thru Notary Public Underwriters

Personally Known __✓__ OR Produced Identification_____
Type of Identification Produced_____