# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Not-for-Profit
Corporation, and FELIX ESPOSITO,
Individually,

        Plaintiffs,

v.

47 HUNTINGTON AVENUE, a Massachusetts
Limited Liability Company,

        Defendant.

Case Number: 1:04-CV-12231-NG

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____      _____
Peter DiPalma, as president of         Oliver Wragg, Esq. (BBO #643152)
Access 4 All, Inc.                     Of Counsel
                                  Fuller, Fuller & Associates, P.A.
                                  12000 Biscayne Blvd., Suite 609
                                  North Miami, FL 33181
                                  (305) 689-0800

oow: tld(tld@fullerfuller.com)
3634



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 8 day of April, 2005 to: Mary Lau, Esquire; Lau, Lane, Piper & Conley; 100 S. Ashley Drive, Suite 1700; Tampa, FL 33601; (813)229-2121; (813)228-7710.
and Gordon P. Katz, Esq., Holland & Knight LLP, 10 St. James Avenue, Boston, MA 02116.

mlau@laulane.com
gordon.katz@hklaw.com

The Plaintiff by his Attorney:
**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami FL 33181
Tel.: (305)891-5199; Fax: (305)893-9505
FFA@fullerfuller.com

By: _____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Counsel for Plaintiff

OOW:tldtld@fullerfuller.com)
Scheduling Report (Mass) and Expert Disclosures.wpd