## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Not-for-Profit
Corporation, and FELIX ESPOSITO,
Individually,

                        Plaintiffs,

v.

47 HUNTINGTON AVENUE, a Massachusetts
Limited Liability Company

                        Defendant.

Case Number: 1:04-CV-12231-NG

### PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a)  With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____  
Felix Esposito

O. Oliver Wragg with expr _____  
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

oow: tld(tld@fullerfuller.com)
3534

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _8th_ day of _April_ , 200_5_ to:Mary Lau, Esquire; Lau, Lane, Piper & Conley; 100 S. Ashley Drive, Suite 1700; Tampa, FL 33601; (813)229-2121; (813)228-7710., mlau@laulane.com and Gordon P. Katz, Esq., Holland and Knight LLP, 10 St. James Avenue, Boston, MA  02116

The Plaintiff by his Attorney:
**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami FL 33181
Tel.: (305)891-5199; Fax: (305)893-9505
FFA@fullerfuller.com

By:_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Counsel for Plaintiff

OOW:tldtld@fullerfuller.com)
Scheduling Report (Mass) and Expert Disclosures.wpd