UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., and<br>FELIX ESPOSITO<br><br>      Plaintiffs,<br><br>  v.<br><br>47 HUNTINGTON AVENUE, LLC<br><br>      Defendant. | CIVIL ACTION NO. 1:04-cv-12231 |

## **CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course, and various alternative courses, of this litigation, and to discuss the use of alternative dispute resolution programs as a means of resolving this action.

# 2697566_v1

_/s/ Todd Saunders_  Todd Saunders, *Owners Representative*  47 Huntington Avenue, LLC

_/s/ Gordon P. Katz_  Gordon P. Katz (BBO# 261080)  HOLLAND & KNIGHT, LLP  10 St. James Avenue  Boston, MA 02116  Telephone: (617) 523-2700  gordon.katz@hklaw.com

Mary A. Lau  LAU, LANE, PIEPER, CONLEY  & MCCREADIE, P.A.  100 South Ashley Drive, Suite 1700  Tampa, FL 33602  Telephone: (813) 229-2121

DATED: April 9, 2005

# 2697566_v1