IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>      Plaintiffs,<br><br>v.<br><br>47 HUNTINGTON AVENUE, a Massachusetts Limited Liability Company<br><br>      Defendant. | Case Number: 1:04-CV-12231-NG<br><br>**NOTICE OF APPEARANCE OF SCHLOSSBERG & ASSOCIATES, P.C. ON BEHALF OF PLAINTIFFS ACCESS 4 ALL, INC, AND FELIX ESPOSITO** |

COMES NOW, Schlossberg & Associates, P.C., by one of its attorneys, Jay Rosen, Esq., a member of the Massachusetts Federal Bar, and hereby files this Notice of Appearance on behalf of Plaintiffs Access 4 All, Inc. and Felix Esposito. Mr. Rosen can be contacted at the following address:

  Jay Rosen, Esq.
  Schlossberg & Associates, P.C.
  35 Braintree Hill, Suite 303
  Braintree, MA 02185

By: _Jay Rosen w/p TLD 5/4/05_ Date: 5/4/05
Jay Rosen, Esquire
BBO: 659842
Co-Counsel for Plaintiff
Schlossberg & Associates, P.C.
35 Braintree Hill, Suite 303
Braintree, MA 02185
(781) 848-5028- Telephone
(781) 848-5096- Facsimile
jrosen@sabusinesslaw.com

and By: _____ Date: _____
John P. Fuller, Esquire
admitted Pro Hac Vice
Co-Counsel for Plaintiff
Fuller, Fuller and Associates, P.A.
12000 Biscayne Blvd, Suite 609
North Miami, Florida 33181
(305) 891-5199- Telephone
(305) 893-9505- Facsimile
ffa@fullerfuller.com

## CERTIFICATE OF SERVICE

I hereby certify that on this ___4___ day of ___May___, 2005 the Notice of Appearance for Jay Rosen, Esq. was sent via electronic mail and via U.S. Mail to: **Gordon P. Katz**; Holland and Knight; 10 St. James Avenue; Boston Massachusetts 02116 and to **Mary Lau**; Lau, Lane, Piper, Conley; P.O. Box 838; Tampa, Florida 33601.

_____
John P. Fuller, Esq.