UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC. et al
        Plaintiff

V.

47 HUNTINGTON AVENUE, LLC
        Defendant

CIVIL ACTION

NO.   04cv12231NG

### SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

    The Court having been advised on   May 4, 2005   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                              By the Court,

 5/5/2005                                   /s/ Jennifer Filo
    Date                                          Deputy Clerk

(Dismissal Settlement.wpd - 12/98)